UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

VAN GABRIEL                                          CIVIL ACTION

VERSUS                                               NO:     11-0295

MARLIN GUSMAN, SHERIFF, ET AL.                       SECTION: "I" (4)

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection by plaintiff, Van Gabriel, which is hereby **OVERRULED,** approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.[1]   Therefore,

**IT IS ORDERED** that the Plaintiff, Van Gabriel's § 1983 claims are hereby **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915(e), §1915A and 42 U.S.C. § 1997e.

New Orleans, Louisiana, this __20th__ day of ___May___, 2011.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The Court does take issue with the U.S. Magistrate Judge's analysis and summary of the holding in Smith v. Montefiore Med. Ctr. Health Servs. Div., 22 F.Supp.2d 275 (S.D.N.Y. 1988) which, of course, is not binding on this Court.  The Smith case actually holds that although mere delay, in and of itself, does not rise to the level of a constitutional violation, substantial harm because of the delay may be sufficient.  However, having reviewed plaintiff's complaint, attachments, and the applicable law, such boilerplate does not warrant a reversal of the U.S. Magistrate Judge's decision.